ACCEPTED
03-14-00353-CR
5320803
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 12:45:43 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS

THIRD SUPREME JUDICIAL DISTRICT

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 12:45:43 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| *KELLY KITA SHEFFIELD,* | * | |
| *Appellant* | * | |
| | * | |
| vs. | * | **APPEALS CT. No. 03-14-00353-CR** |
| | * | **TR. CT. No. CR2011-475** |
| *THE STATE OF TEXAS,* | * | |
| *Appellee* | * | |

### APPELLANT'S SECOND AMENDED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE COURT OF APPEALS:

   **COMES NOW KELLY KITA SHEFFIELD,** Appellant in the above styled and numbered cause, under the authority of Rule 10.5(b)(1), T.R.A.P., and shows the Court as follows:

1.

   Appellant's brief was due in this Court on October 10, 2014 and has not yet been filed.

2.

   Appellant seeks an extension of time to May 22, 2015 to file her brief.

3.

   On May 12, 2015 a hearing was held in the district court of Comal county, Texas to determine (1) whether Appellant still sought to appeal the verdict of the jury in this cause; and (2) the time frame for the submission of this appellate brief. At said hearing, the undersigned counsel indicated to the trial court that Appellant did, indeed, wish to prosecute her appeal and that the undersigned anticipated that he could file said brief by Friday, May 15, 2015. However, on Thursday May 14,

2015 after revising said brief and prior to filing the undersigned counsel lost the flash drive on which the brief was drafted and despite frantic attempts to recreate the brief and prepare for filing I was simply unable to do so in time to meet the deadline of May 15. While this request for an additional extension of time to file this brief sounds like a variation of the "dog ate my homework" excuse it unfortunately just happens to be the truth in this case and I have no recourse but to file this request for additional time to file this brief.

4.

This is the Appellant's second request for an extension of time to file this appellate brief. Appellant seeks an extension to May 22, 2015.

Respectfully submitted,

Joseph E. Garcia, III
200 N. Seguin Avenue
P.O. Box 310702
New Braunfels, TX 78131-0702
(830) 627-8868 - Phone
(830) 627-8683 - Fax
SBN: 07636725
joeg3@sbcglobal.net
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the Comal County District Attorney's Office, 150 N. Seguin, Suite 314, New Braunfels, Texas on May 18, 2015.

Joseph E. Garcia, III